140 So. 885

## BIRMINGHAM TRUSSVILLE IRON CO. v. ALABAMA TITLE & TRUST CO.

### 6 Div. 145.

Supreme Court of Alabama.
April 7, 1932.

M. B. Grace, of Birmingham, for petitioner.

John S. Stone, M. L. Harrison, and John S. Stone, Jr., all of Birmingham, for respondent.

GARDNER, J.

Petition of the Alabama Title & Trust Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Birmingham Trussville Iron Co. v. Ala. Title & Trust Co., 140 So. 883.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.